974

No. 1154. KESLER v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. *Hyman Gold* for petitioner.

No. 168, Misc. BROECKEL v. GREEN, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. *James R. Willis* for petitioner. *Paul W. Brown,* Attorney General of Ohio, and *Leo J. Conway, Stephen M. Miller,* and *Thomas H. Palmer,* Assistant Attorneys General, for respondent.

No. 351, Misc. JACKSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.

No. 655, Misc. BRADLEY v. KENTUCKY. Ct. App. Ky. Certiorari denied. *John B. Breckinridge,* Attorney General of Kentucky, and *Joseph L. Famularo,* Assistant Attorney General, for respondent.

No. 969, Misc. HIBBITT v. NEW YORK. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel H. Sachs,* Assistant Attorney General, for respondent.

No. 1170, Misc. McLAUGHLIN v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. *James F. Meehan* for respondent Twentieth Century-Fox Film Corp.

No. 1173, Misc. WILSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.